**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      The State of Texas v. Gleannloch Commercial Development, LP

Appellate case number:   01-16-00427-CV

Trial court case number:  1041442

Trial court:                    County Civil Court at Law No. 3 of Harris County

       Appellant the State of Texas has filed a motion for rehearing and a motion for rehearing en banc.  The Court requests a response to the motion for rehearing and to the motion for rehearing en banc from appellee Gleannloch Commercial Development, LP.  The response must be filed no later than **5:00 p.m., 20 days from the date of this order**.  *See* TEX. R. APP. P. 49.2.

       It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                      ☑ Acting individually      ☐ Acting for the Court


Date: October 18, 2018